**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

NICHOLAS TARKINGTON                                                                                    PETITIONER
ADC #145954

v.                                         No. 5:16CV00220-JLH-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction                                                               RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE. A certificate of appealability is DENIED.

SO ORDERED this 9th day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE